BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627

Counsel for Defendant HASSAN

**FILED**

JAN 0 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>CARL HASSAN, )<br>)<br>Defendant. ) | No. CR 06-00503 DLJ<br><br>STIPULATION AND [PROPOSED]<br>ORDER FOR CONTINUANCE OF<br>CHANGE OF PLEA DATE AND<br>EXCLUSION OF TIME UNDER THE<br>SPEEDY TRIAL ACT, 18 U.S.C. §<br>3161 ET SEQ. |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea date in this case, currently scheduled for Friday, January 5, 2007, at 9:00 a.m., before Honorable Judge D. Lowell Jensen, may be continued to Wednesday, January 24, 2007, at 11:30 a.m. A continuance to January 24, 2007, will allow time for defense counsel to conduct additional investigation regarding which are relevant to the change of plea. In addition, defense counsel will be out of the country and unavailable from January 6 through January 16, 2007. The parties therefore stipulate that the time from January 5, 2007 to January 24, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel in order to allow defense counsel to complete its investigation

STIP. CONTINUING
CHANGE OF PLEA DATE                - 1 -

and for continuity of counsel.

DATED: January 4, 2007

/S/
_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: January 4, 2007

/S/
_____
STEPHEN CORRIGAN
Assistant United States Attorney

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date in this case, currently scheduled for Friday, January 5, 2007, at 9:00 a.m., shall be continued to Wednesday, January 24, 2007, at 11:30 a.m.

IT IS FURTHER ORDERED that the time from January 5, 2007, through January 24, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel and continuity of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: Jan 8, 2007

_____
HONORABLE D. LOWELL JENSEN
United States District Judge

STIP. CONTINUING
CHANGE OF PLEA DATE                                   - 2 -