**FILED**

MAY 0 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| vs. | ) Docket Number: CR 06-00503-1 DLJ |
| Carl R. Hassan | ) |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _June 8, 2007_ be continued until _July 20, 2007_ at _10:00 am_.

Date: 5-7-07

_____
D. Lowell Jensen
Senior United States District Judge

NDC-PSR-009 12/06/04