1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant HASSAN
5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )
                                     )   No. CR 06-00503 DLJ
12                 Plaintiff,        )
                                     )   STIPULATION AND
13       v.                          )   ORDER FOR CONTINUANCE OF
                                     )   SENTENCING DATE
14                                   )
                                     )
15 CARL HASSAN,                      )
                                     )
16                 Defendant.        )

17     IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing
18
   date in this case, previously scheduled for Friday, August 17, 2007, at 10:00 a.m., before Honorable
19
   Judge D. Lowell Jensen, may be continued to Friday, September 14, 2007, at 9:00 a.m. for status and
20
   setting of the sentencing date. Mr. Hassan has been in the hospital since July 17, 2007 and he
21
22 remains in intensive care.  He has had respiratory problems which have required a bronchoscopy
23 and, more recently, a surgical lung biopsy to diagnose and treat respiratory problems.  This is
24
   separate from, and in addition to, the ongoing problems he has experienced as a result of Crohns
25
   disease and pancreatitis, which is what initially put him in the hospital on July 17, 2007.  Dr.
26

*United States v. Hassan*, CR 06-00503 DLJ
STIP. CONTINUING SENTENCING            - 1 -

Kristina Kramer, the treating doctor for the respiratory issues, indicated that Mr. Hassan requires ongoing therapy and that the medication can not even be started yet until he recovers from the surgery. She further stated to defense counsel that the course of treatment is unpredictable with some patients doing well and others getting worse. Dr. Kramer did not know when Mr. Hassan would be released from the hospital and felt that, given his complicated medical condition, a court date of September 14, 2007 at which Mr. Hassan would be expected to participate would be unlikely. The parties therefore request that the Court set a date of September 14, 2007 at 9:00 a.m. for status and setting of the sentencing date. At that time, counsel can better inform the Court regarding Mr. Hassan's health.

DATED:   August 17, 2007         _____
                                 JOYCE LEAVITT      /S/
                                 Assistant Federal Public Defender

DATED:   August 17, 2007         _____
                                 STEPHEN CORRIGAN   /S/
                                 (George L. Bevan, Jr., for)
                                 Assistant United States Attorney

   I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ORDER

   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date in this case, previously scheduled for Friday, August 17, 2007, at 10:00 a.m., before Honorable Judge D. Lowell Jensen, may be continued to Friday, September 14, 2007, at 9:00 a.m. for status and setting of the sentencing date.

   SO ORDERED.

DATED: August 17, 2007           _____
                                 HONORABLE D. LOWELL JENSEN
                                 United States District Judge

*United States v. Hassan*, CR 06-00503 DLJ
STIP. CONTINUING SENTENCING                - 2 -