BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627

Counsel for Defendant HASSAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00503 DLJ |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER FOR |
| v. ) | CONTINUANCE OF SENTENCING |
| ) | DATE |
| CARL HASSAN, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date in this case, previously scheduled for Friday, November 2, 2007, at 10:00 a.m., before Honorable Judge D. Lowell Jensen, may be continued to Friday, November 16, 2007, at 10:00 a.m. for sentencing. Mr. Hassan has been in the hospital since July 17, 2007, aside from a few occasions during which he was released but then had to return for complications, and he was most recently released from the hospital earlier this week. His doctor indicated that because of his extended hospital stay, he is still very weak. Mr. Hassan previously has been diagnosed with respiratory problems which are separate from the ongoing problems he has experienced as a result of Crohns

*United States v. Hassan*, CR 06-00503 DLJ
STIP. CONTINUING SENTENCING            - 1 -

disease and pancreatitis. Dr. Kristina Kramer, the treating doctor for the respiratory issues, indicated that Mr. Hassan was most recently in the hospital because his respiratory condition flared up in reaction to an infusion of medication that he receives regularly for his Crohns disease. Mr. Hassan is not scheduled to get his next infusion for at least eight weeks so this complication is not likely to reoccur again before his next court appearance. Dr. Kramer indicated that although Mr. Hassan is currently very weak from his extended hospital stay, his respiratory condition is steadily improving in response to the prescribed treatment and she expects his condition to continue to improve.

DATED: November 1, 2007

_____
JOYCE LEAVITT    /S/
Assistant Federal Public Defender

DATED: November 1, 2007

_____
STEPHEN CORRIGAN    /S/
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date in this case, previously scheduled for Friday, November 2, 2007, at 10:00 a.m., before Honorable Judge D. Lowell Jensen, may be continued to Friday, November 16, 2007, at 10:00 a.m. for sentencing.

SO ORDERED.

DATED: November 2, 2007

_____
HONORABLE D. LOWELL JENSEN
United States District Judge